WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**EMILY GRAY**,                                                                                       CV 10-663-KI

    Plaintiff,

vs.                                                                                                               ORDER

**COMMISSIONER of Social Security**,

    Defendant.

This case is DISMISSED with prejudice, with leave to reinstate within 60 days upon motion of the Plaintiff. If a motion to reinstate is filed, it shall be accompanied either by the filing fee or by a properly completed Application to Proceed Without Prepayment of Fees and Affidavit.

DATED this  23rd  day of  August , 2010.

                                                   /s/ Garr M. King
                                                 United States District Judge

Submitted on July 31, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1